**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Wesley Solansky

Appellate case number:    01-21-00031-CV

Trial court case number:   2018-84050

Trial court:              257th District Court of Harris County

Relator's amended motion for rehearing and alternatively for en banc reconsideration is **denied**. *See* TEX. R. APP. P. 41.2(c), 49.7.

Judge's signature: _____/s/ Richard Hightower_____
              ☐ Acting individually   ☒ Acting for the Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___August 26, 2021_____